UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. KLEIN,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, and CAROLYN A. LOWN,<br><br>      Defendants. | No.  2:14-cv-00700-GEB-CKD<br><br><br>**ORDER** |
| RODNEY A. KLEIN,<br><br>      Plaintiff,<br><br>  v.<br><br>COPPERSMITH GLOBAL LOGISTICS; HIGHVELD TAXIDERMISTS, LTD; OXI LOGISTICS. (Pty) Ltd.,<br><br>      Defendants. | No.  2:14-cv-00748-MCE-KJN |

A Notice of Related Cases concerning the above-captioned cases was filed September 11, 2014. However, it has been determined that assignment of the cases to the same judge is

1

not likely to effect a substantial saving of judicial effort. Therefore, reassignment of the later filed case is not ordered.

Dated: September 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2